IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| v. | § | EP-11-CR-1356-DB |
| | § | |
| MIGUEL ANGEL MORALES-TORRES | § | |
| AKA: Miguel Morales-Torrez. | § | |

## ORDER

On this day, the Court considered Defendant's Notice for Continuance, filed on June 28, 2011, in the above-captioned cause. The Notice was made because Defendant needs additional time to prepare due to complex discovery issues in the case and for plea negotiations. After due consideration, the Court is of the opinion that the Notice should be granted.

In order to allow defense counsel the necessary reasonable amount of time to effectively prepare, the Court finds that the interests of justice outweigh the Defendant's and the public's interests in a speedy trial. *See* 18 U.S.C.A § 3161(h)(B)(iv)(West 2000). As such, the Court concludes that the time from June 28, 2011 through August 12, 2011 is excludable within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq. See* 18 U.S.C.A.§ 3161(h).

Accordingly, it is hereby **ORDERED** that Defendant's Notice for Continuance is **GRANTED**. This cause is rescheduled for Docket Call on August 12, 2011 at 8:30 A.M.

**SIGNED** this **30th** day of **June, 2011.**

DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE